UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:12-CR-136-1H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Vs. | ) | **ORDER TO SEAL** |
| | ) | **MOTION AND ORDER** |
| | ) | |
| HOWARD MICHAEL TEW | ) | |

Upon Motion of the Defendant, Howard Michael Tew, and for good cause shown, it is hereby ORDERED that the Motion to Continue Sentencing [DE #27] and Order filed with the motion be sealed until such time as requested to be unsealed by the Defendant, Howard Michael Tew.

So ORDERED, this the 28th day of August 2013.

_____
MALCOLM J. HOWARD
Senior United States District Judge