UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:12-CR-136-1H

UNITED STATES OF AMERICA        )
                                )
            v.                  )        ORDER TO SEAL
                                )
HOWARD MICHAEL TEW              )

Upon motion of the United States, it is hereby ORDERED Docket

Entry Number 34 be sealed until such time as requested to be unsealed

by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of

the Order to the United States Attorney's Office.

This the 30th day of September 2013.

_____
THE HONORABLE MALCOLM J. HOWARD
Senior U.S. District Judge