UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Howard Michael Tew**　　　　　　　　　　　　　　　　　　Docket No. 7:12-CR-136-1H

**Petition for Action on Supervised Release**

COMES NOW John A. Cooper, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Howard Michael Tew, who, upon an earlier plea of guilty to 18 U.S.C. §371, Conspiracy to Commit Mail, Wire, and Bank Fraud, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on November 12, 2014, to the custody of the Bureau of Prisons for a term of 18 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Howard Michael Tew was released from custody on April 25, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant's supervision was transferred to the District of South Carolina, where he is currently being supervised by U.S. Probation Officer Brian Johnson. According to USPO Johnson, the defendant is in full compliance with all conditions of supervision including the repayment of restitution at a rate of $100 per month. The restitution balance is $846,408.36. The probation officer conducted a financial investigation and determined the defendant is financially able to increase the required minimum monthly payment to $200. As such, it is recommended that the court modify the conditions of supervision requiring an increase in the monthly payment amount. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. You must pay restitution in the amount of not less than $200 per month beginning January, 2019. The court reserves the right to increase payments based upon any increase in financial status.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,　　　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　　　　　is true and correct.

/s/ Robert L. Thornton　　　　　　　　　　　　/s/ John A. Cooper
Robert L. Thornton　　　　　　　　　　　　　　John A. Cooper
Supervising U.S. Probation Officer　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　　414 Chestnut Street
　　　　　　　　　　　　　　　　　　　　　　　Wilmington, NC 28401
　　　　　　　　　　　　　　　　　　　　　　　Phone: 910-679-2046
　　　　　　　　　　　　　　　　　　　　　　　Executed On: January 23, 2019

Howard Michael Tew
Docket No. 7:12-CR-136-1H
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 28th day of January, 2019, and ordered filed and made a part of the records in the above case.

_____
Malcolm J. Howard
Senior U.S. District Judge